IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL SMITH,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) ) **CIVIL ACTION 05-0426-BH-D** |
| **TOM TATE, et al.,** | ) ) |
| **Defendants.** | ) ) |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED without prejudice**.

**DONE** this 14th day of December, 2005.

                                                           s/ W. B. Hand
                                          SENIOR DISTRICT JUDGE